IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00059-MR

| | |
|---|---|
| BRYAN KEITH HALL, | )<br>)<br>) |
| Plaintiff, | )<br>) ORDER |
| v. | )<br>) |
| BENNETT SETSER, III;<br>BRANDON TRIVETTE;<br>SAMUEL POOLE; and<br>ETHAN MAGNUM, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

This matter is before the undersigned following the Order of the District Court referring this case for a judicial settlement conference. Doc. 40.

A judicial settlement conference is set for **Thursday, August 3, 2023 from 9:30 a.m. to 11:30 a.m**.

The conference will be conducted by telephone. Call-in information will be provided to the parties by separate communication.

Plaintiff shall participate in the conference from his present place of incarceration and that facility shall ensure that the necessary accommodations are made to allow Plaintiff to participate reasonably including, to the extent possible, allowing Plaintiff to participate from a private setting and with access

1

to his case materials and allowing Plaintiff's counsel[1] to be in the same location as Plaintiff.[2]

Defendants and their counsel may participate in the conference from any location they deem appropriate, provided that Defendants and their counsel participate using a single conference line. Further, in accordance with this district's Local Civil Rule 16.3(d)(2), a person with full authority (not including counsel of record) to settle all pending claims must also participate in the conference on behalf of Defendants, to the extent Defendants themselves do not have such authority. Any such person shall also participate using the same conference line as Defendants and their counsel.

Any request seeking permission to modify the terms of this Order shall be filed no later **than July 31, 2023** or be subject to summary denial.

---

[1] On March 30, 2023, William Otis Walker, IV filed a "Notice of Limited Appearance" in this matter. Doc. 32. Mr. Walker has not, however, moved to withdraw as counsel of record, and as noted in the May 30, 2023 ruling on Defendants' Motion for Summary Judgment, continues to represent Plaintiff. See Doc. 38 at 13.

[2] The Court strongly prefers that Plaintiff and his attorney be able to participate from the same room at the facility and be able to confer privately when necessary. However, if the facility reasonably determines that such arrangements of this nature cannot be made, Plaintiff and his attorney shall, in any event, participate in the conference using a single telephone line (even if counsel is not physically located at the facility with Plaintiff).

Plaintiff's counsel shall ensure that the Warden and/or Plaintiff's case manager at Plaintiff's present location receive(s) notice of the conference, including call-in information and a copy of this Order.

It is so ordered.

Signed: July 3, 2023

W. Carleton Metcalf
United States Magistrate Judge