IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00059-MR

| BRYAN KEITH HALL, | ) |
| --- | --- |
| | ) |
| Plaintiff, | ) |
| | ) ORDER |
| v. | ) |
| | ) |
| BENNETT SETSER, III; | ) |
| BRANDON TRIVETTE; | ) |
| SAMUEL POOLE; and | ) |
| ETHAN MAGNUM, | ) |
| | ) |
| Defendants. | ) |

This matter is before the Court on a Motion to Excuse Attendance at Settlement Conference (the "Motion," Doc. 44) by which Defendants Bennett Setser, III, Brandon Trivette, Samuel Poole, and Ethan Mangum ("Defendants") request that the Court excuse them from personally attending the judicial settlement conference scheduled for August 3, 2023.

For the reasons stated in the Motion, and particularly as Plaintiff is represented by counsel who has consented to the request, the Motion will be allowed.

1

**IT IS THEREFORE ORDERED THAT** the Motion (Doc. 44) is **GRANTED**, and Defendants are excused from personally attending the upcoming judicial settlement conference, provided however that Defendants shall be reachable by telephone, if needed.

Signed: July 31, 2023

*W. Carleton Metcalf*
United States Magistrate Judge