IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00059-MR

| | | |
|---|---|---|
| BRYAN KEITH HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| BENNETT SETSER, III; | ) | |
| BRANDON TRIVETTE; | ) | |
| SAMUEL POOLE; and | ) | |
| ETHAN MAGNUM, | ) | |
| | ) | |
| Defendants. | ) | |

This matter came before the undersigned on August 3, 2023 for a judicial settlement conference.

Counsel for Plaintiff appeared telephonically from the Tabor Correctional Institution. Counsel for Defendants, along with a representative of the North Carolina Department of Adult Corrections, in-house counsel for the Department, and a paralegal also appeared by telephone.

However, Plaintiff's counsel reported that, even though he had confirmed recently that Plaintiff was located at the Tabor Correctional Institution, counsel was advised that Plaintiff was being transferred to another facility, and in fact was currently en route to that location.

As Plaintiff was unavailable, the undersigned advised that the conference would be rescheduled.

1

**IT IS THEREFORE ORDERED THAT** the judicial settlement conference in this matter is **CONTINUED** to **Tuesday, September 19, 2023 from 9:30 a.m. to 11:30 a.m.** The conference will be conducted by telephone as previously directed.

**IT IS FURTHER ORDERED THAT** defense counsel is responsible for confirming that the Warden and/or Plaintiff's case manager at Plaintiff's new place of incarceration has received notice of the rescheduled conference along with a copy of the undersigned's Order dated July 3, 2023 and this Order.

Signed: August 3, 2023

W. Carleton Metcalf
United States Magistrate Judge