IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:22-cv-00059-MR

| | | |
|---|---|---|
| BRYAN KEITH HALL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BENNETT SETSER, III; | ) | |
| BRANDON TRIVETTE; | ) | |
| SAMUEL POOLE; and | ) | |
| ETHAN MAGNUM, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the undersigned following a telephonic judicial settlement conference that was conducted on December 6, 2023. It appears that the parties may benefit from a brief opportunity to engage in further settlement discussions directly through counsel.

IT IS THEREFORE ORDERED THAT:

1. The judicial settlement conference, which began on December 6, 2023, is **RECESSED**.

2. The parties shall file, on or before **December 15, 2023**, a joint status report advising whether a resolution has been reached. If the parties have agreed upon settlement terms, the report should include a

1

proposed deadline for the parties to file a stipulation of dismissal or other appropriate closing document.

Signed: December 6, 2023

W. Carleton Metcalf
United States Magistrate Judge